**FILED**

JAN 28 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

QUINCY COMMUNITY SERVICES DISTRICT,

        Plaintiffs,

  v.

ATLANTIC RICHFIELD COMPANY, et al.,

        Defendants.
_____/

NO. CIV. S-03-2582 LKK/DAD

O R D E R

    Pending before the court are a motion to remand this action to the Superior Court and a motion to stay the action pending transfer to the U.S. District Court for the Southern District of New York in its capacity as the MDL No. 1358 court. See Judicial Panel on Multidistrict Litigation Rule 18.

    In light of the MDL No. 1358 court's request in its order of December 23, 2003 that this court stay the action pending transfer, the potential savings of judicial resources that may be accomplished by doing so, and the balance of hardships to the



1

1 parties, a temporary stay of these proceedings appears appropriate.
2 See Good v. Prudential Ins. Co., 5 F.Supp.2d 804, 809 (N.D. Cal.
3 1998) ("Courts frequently grant stays pending a decision of the MDL
4 Panel regarding whether to transfer a case"); Rivers v. Walt Disney
5 Co., 980 F.Supp. 1360, 1362 (C.D. Cal. 1997) ("[A] majority of
6 courts have concluded that it is often appropriate to stay
7 preliminary pretrial proceedings while a motion to transfer and
8 consolidate is pending with the MDL Panel because of the judicial
9 resources that are conserved.").

10     Accordingly, plaintiff's motion for remand is DENIED and
11 defendants' motion for a temporary stay pending transfer is
12 GRANTED.  This action shall be STAYED pending a decision by the
13 Judicial Panel on Multidistrict Litigation regarding transfer and
14 consolidation.

15     IT IS SO ORDERED
16     DATED: January 27, 2004.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

```
              United States District Court
                        for the
              Eastern District of California
                     January 28, 2004


              * * CERTIFICATE OF SERVICE * *


                                       2:03-cv-02582


   Quincy Community Svc

        v.

   Atlantic Richfield
   _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  January 28, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Victor M Sher                              AR/LKK
        Sher and Leff
        450 Mission Street
        Suite 500
        San Francisco, CA  94105

        Matthew T Heartney
        Arnold and Porter
        777 South Figueroa Street
        44th Floor
        Los Angeles, CA  90017-2513

        David L Schrader
        Morgan Lewis and Bockius LLP
        300 South Grand Avenue
        22nd Floor
        Los Angeles, CA  90017-3132

        Jeffrey John Parker
        Sheppard Mullin Richter and Hampton
        333 South Hope Street
        48th Floor
        Los Angeles, CA  90071

        William D Temko
        NOT EDCA ADMITTED
```

Munger Tolles and Olson
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071-1560

Colleen P Doyle
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA  90071-1560

M Taylor Florence
Bullivant Houser Bailey Pendergrass and Hoffman
11335 Gold Express Drive
Suite 105
Gold River, CA  95670-4491

Edward Romero
Greenan Peffer Sallander and Lally LLP
PO Box 10
Two Annabel Lane
Suite 200
San Ramon, CA  94583-0010


Jack L. Wagner, Clerk

BY: _____
Deputy Clerk